[No. 5654.]

THE PEOPLE EX REL. NISBET v. ARMSTRONG.

**Opinion Followed.**

For the reasons stated in the opinion in The People ex rel. v. Johnson, ante, p. 143, the judgment herein is reversed and judgment rendered for relator.

*Appeal from the District Court of the City and County of Denver:*
*Hon. Samuel L. Carpenter, Judge.*

Mr. GEORGE STIDGER and Mr. H. J. HERSEY, for appellant.

Messrs. RICHARDSON & HAWKINS, for appellee.

Mr. JUSTICE MAXWELL delivered the opinion of the court.

The office of sheriff of the city and county of Denver is involved in this action.

The allegations of the amended complaint are in substance the same as the allegations of the amended complaint in *People ex rel. etc. v. Alexander,* No. 4976, so far as such allegations pertain to the office of sheriff.

The judgment of the court below was one of dismissal against appellant, which judgment, for the reasons stated in the case of *People ex rel. etc. v. Johnson,* must be reversed, set aside and for naught held, and judgment rendered and entered in this court in favor of appellant, Alexander Nisbet, and against appellee, Hamilton Armstrong, as prayed in the amended complaint, and that appellant have judgment for costs.

*Judgment accordingly.*

Decision *en banc.*

Mr. Justice Steele and Mr. Justice Gunter dissent.